# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No. 4:19-CR-73** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ROBERT STEPHENS** | ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. §3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the Defendant. A copy of the plea agreement will be provided to the Court for its consideration.

The Government respectfully requests that the Court schedule a Rule 11 proceeding and accept the Defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ Frank M. Pennington, II*

Frank M. Pennington, II
Assistant United States Attorney
Georgia Bar No. 141419

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No. 4:19-CR-73** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ROBERT STEPHENS** | ) | |

**CERTIFICATE OF SERVICE OF**
**GOVERNMENT'S NOTICE OF PLEA AGREEMENT**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 11th day of August 2021.

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ Frank M. Pennington, II*

Frank M. Pennington, II
Assistant United States Attorney
Georgia Bar No. 141419

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422