# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR421-073-02 |
| | ) | |
| ROBERT STEPHENS, | ) | |
| Defendant. | ) | |

## ORDER FOR MENTAL HEALTH EVALUATION

Under 18 U.S.C. § 4241(a), the Court may direct a psychological evaluation of a defendant if there is reasonable cause to suspect the defendant's mental competency and his ability to understand the proceedings against him or to properly assist in the defense of the pending charges. Information has come to the Court's attention that calls Defendant Robert Stephens' competency into question. Accordingly, **IT IS ORDERED** that the defendant undergo a psychological examination to determine his mental competency.

**IT IS ORDERED** that the defendant be examined and observed in accordance with 18 U.S.C. § 4241(b) and 18 U.S.C. § 4242(a) and that a report be filed pursuant to 18 U.S.C. §§ 4247(b) and (c).

**IT IS FURTHER ORDERED** that the defendant be placed immediately in a suitable facility, to be designated by the Bureau of Prisons, for an examination to determine the mental competency of the defendant and whether he was responsible for his conduct at the time of the offense.

**IT IS FURTHER ORDERED** that the director and/or the treatment staff of the designated facility shall make a written report of their findings as soon as practicable to the Honorable Christopher L. Ray, United States Magistrate Judge, United States District Court, Southern District of Georgia, Post Office Box 9563, Savannah, Georgia 31412, to Assistant United States Attorney Frank Morgan Pennington, II, United States Attorney's Office, 22 Barnard Street, Suite 300, Savannah, Georgia 31412, and defense counsel Dennis O'Brien, 33 Bull Street, Suite 540, Savannah, Georgia 31401. The designated facility shall state its opinion as to the following questions:

1. Whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the

proceedings against him or to assist properly in his defense. 18 U.S.C. § 4241(a).

2. Whether the defendant was insane at the time of the offense charged. 18 U.S.C. § 4242(a); 18 U.S.C. § 17.

**IT IS FURTHER ORDERED** that the examiner's report shall include the pertinent information required by 18 U.S.C. § 4247(c).

**SO ORDERED** this 28th day of September, 2021.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia